# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH STAFFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>W. TUCKER, et al.,<br><br>        Defendants. | 1:12cv01675 DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TWENTY DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Brian Stafford, a state prisoner proceeding pro se.  This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.  Defendants have now appeared in the action.

Therefore, Defendants shall notify the Court within twenty (20) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

   Dated:   **September 27, 2013**           /s/ Dennis L. Beck
                                                              UNITED STATES MAGISTRATE JUDGE